NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRYLE BIGELOW, SR.,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2015-3001

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-14-0081-I-1.

---

**ON MOTION**

---

**O R D E R**

Darryle Bigelow, Sr. moves for leave to proceed in forma pauperis.

The court notes that Bigelow has failed to sufficiently complete the forms necessary to determine whether he is unable to pay the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

2                          BIGELOW v. USPS

The motion is denied without prejudice to Mr. Bigelow refiling his request within 30 days of the date of this order with complete responses to all of the requests on all pages of Federal Circuit Form 6 (form enclosed), including average monthly income sources and average monthly expenses.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21